ORIGINAL

1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  MONICA E. TAIT
   Assistant United States Attorney
6  California Bar Number 157311
   Asset Forfeiture Section
7       1400 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2931
9       Facsimile: (213) 894-7177
        Email:    Monica.Tait@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12
                    UNITED STATES DISTRICT COURT
13
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                         WESTERN DIVISION
15
   UNITED STATES OF AMERICA,      )  CV 07-2530 GPS (AJWx)
16                                )
           Plaintiff,             )  CONSENT JUDGMENT
17                                )
        v.                        )
18                                )
   $56,640.00 IN U.S. CURRENCY, 25)
19 MONEY ORDERS VALUED AT         )
   $13,430.00, AND $16,394.48 IN  )
20 BANK ACCOUNT FUNDS,            )
                                  )
21         Defendants.            )
   _____)
22 WAYNE BLAIR,                   )
                                  )
23         Claimant.              )
   _____)
24
        The court, having reviewed the stipulation of Plaintiff
25
   United States of America and claimant Wayne Blair for entry of a
26
   Consent Judgment, hereby finds as follows:
27

28

FILED
CLERK, U.S. DISTRICT COURT
APR 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

1. Claimant Wayne Blair has asserted an interest in the defendants $56,640.00 in U.S. Currency, 25 Money Orders Valued at $13,430.00, and $16,394.48 in Bank Account Funds (collectively, "defendants").

2. On April 17, 2007, plaintiff United States of America commenced this judicial forfeiture action by filing a Complaint alleging that the defendants are forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C). Claimant Blair filed a claim and an answer to contest the forfeiture.

3. Plaintiff has notified other potential claimants of this action pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure. The United States published notice of this action in a newspaper of general circulation for three consecutive weeks on May 2, 9, and 16, 2007. No other claims or answers have been filed to contest the forfeiture of the defendants, and the time for filing claims and answers has expired. All potential claimants to the defendants other than Wayne Blair are deemed to have admitted the allegations of the complaint.

4. Plaintiff United States of America and claimant Wayne Blair have resolved all of their competing claims to the defendants by their Stipulation for entry of this Consent Judgment.

5. Based on the parties' stipulation, the court orders the following disposition of the defendants:

   a. The United States shall have judgment in the present forfeiture action against the interests of Wayne Blair

and all other potential claimants, in all of the following defendants:

(1) All of the defendant $56,640.00 in U.S. currency ("defendant currency," which is particularly described at paragraphs 5(a)(i)-(iii) of the Complaint); and

(2) All of the defendant 25 money orders valued at $13,430.00 ("defendant money orders," which are particularly described at paragraph 5(b) and Exhibit A of the Complaint).

The defendant currency and the defendant money orders are hereby condemned and forfeited to the United States of America. The United States Marshals Service shall dispose of the defendant currency and the defendant money orders in accordance with law.

b. The United States shall have judgment in the present forfeiture action against the interests of Wayne Blair and all other potential claimants, in the following portions of the defendant $16,394.48 in Bank Account Funds ("defendant bank funds"):

(1) All of the funds seized from account no. XXXXXX6973 at Union Bank of California (*i.e.*, $11,294.74); and

(2) $99.74 of the $5,099.74 funds seized from account no. XXXXXX4754 at Union Bank of California.

The above-described portions of the defendant bank funds are hereby condemned and forfeited to the United States of America, and the United States Marshals

Service shall dispose of the forfeited amounts in accordance with law.

c. The United States shall return the remaining $5,000.00 of the defendant bank account funds to Wayne Blair, by a check for $5,000.00 payable to "Paul L. Gabbert Client Trust Account." Not later than 30 days after entry of this Consent Judgment, said check shall be mailed to: Paul L. Gabbert, 2115 Main St., Santa Monica, California 90405.

6. Except as to such rights and obligations created by this judgment, claimant Wayne Blair and his attorney, Paul L. Gabbert, have agreed to release and hold harmless the United States, and any agents, servants, and employees of the United States (or any state or local law enforcement agency), including without limitation the Drug Enforcement Administration, acting in their individual or official capacities, from all claims, actions or proceedings, including, but not limited to, any claim for attorney's fees and/or costs, or interest, which may hereafter be asserted or brought by Blair or on his behalf which arise out of the present action.

7. Each party shall bear its own costs of litigation and attorney's fees. Each has party waived its right to appeal. The Court's entry of this Consent Judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

8. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this settlement.

9. The clerk shall forthwith enter this judgment, which constitutes a final judgment resolving this matter.

IT IS SO ORDERED.

DATED: 4/9/08

THE HONORABLE GEORGE P. SCHIAVELLI
United States District Judge

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney

by: *(signature)*
MONICA E. TAIT
Assistant United States Attorney
Attorney for plaintiff
United States of America

and by: *(signature)*
PAUL L. GABBERT
Attorney for claimant
Wayne Blair